UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL INGRAM EL,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY SLOAN, et al.,<br><br>Respondent. | No. 2:18-cv-1831 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECMMENDATIONS |

Petitioner has filed a document titled "Habeas Corpus Petition for a Verification of Debt Else Release of Claim." He has paid the court's $5 filing fee for habeas corpus actions.

A writ of habeas corpus is a form of relief reserved for those in custody. See 28 U.S.C. 2241(c). Petitioner does not appear to be in any form of custody, and he does not seek release from any form of custody. Accordingly, the court views the "petition" before the court as frivolous and the petition amounts to a clear violation of Rule 11 of the Federal Rules of Civil Procedure. The court will recommend that the petition be dismissed and petitioner is warned that future violations of Rule 11 may result in monetary sanctions.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

/////

/////

1

IT IS HEREBY RECOMMENDED that:

1. The "Habeas Corpus Petition for a Verification of Debt Else Release of Claim" before the court be dismissed; and

2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 28, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE